DENHA V DART PROPERTIES, INC, No. 138254; Court of Appeals No. 282142.

HATHAWAY, J. I would grant leave to appeal.

HUEY V ALLSTATE INSURANCE COMPANY, No. 138269; Court of Appeals No. 282136.

KELLER V PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, No. 138275; Court of Appeals No. 287440.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ. We would remand this case to the Court of Appeals for consideration as on leave granted.

PEOPLE V PINKNEY, No. 138550; Court of Appeals No. 286992.

*Reconsideration Denied June 17, 2009:*

CALLAWAY V GENERAL MOTORS CORPORATION, No. 137254. Leave to appeal denied at 483 Mich 887. Court of Appeals No. 283320.

KELLY, C.J., and HATHAWAY, J. We would grant reconsideration.

*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal June 23, 2009:*

LEE V CITY OF DETROIT, No. 138091. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether, with respect to the plaintiff's claim that the police department violated the Whistleblowers' Protection Act, MCL 15.361 *et seq.*, the Court of Appeals erred in ruling that the plaintiff failed to provide sufficient evidence to establish a genuine issue of material fact regarding a causal connection between his November 2, 2004, internal complaint and his transfer from the Gang Enforcement Section to the Records and Identification Section of the police department. The parties should not submit mere restatements of their application papers. Court of Appeals No. 274530.

*Summary Disposition June 23, 2009:*

PEOPLE V MUNGO, No. 136017. By order of May 27, 2008, the application for leave to appeal the January 17, 2008, judgment of the Court of Appeals was held in abeyance pending the decision of the United States Supreme Court in *Arizona v Gant* (Docket No. 07-542). On order of the Court, the case having been decided on April 21, 2009, *Arizona v Gant*, 556 US ___; 129 S Ct 1710; 173 L Ed 2d 485 (2009), the application is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate the judgment of the Court of Appeals and remand this case to that court for reconsideration in light of the decision in *Arizona v Gant*.

We further note that a similar issue is presented in *People v Hunter*, unpublished opinion per curiam of the Court of Appeals, issued April